# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**THIEN CHI VUONG,**

      Petitioner,

      v.

**U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,**

      Respondents.

Case No. 3:25-CV-10640

**ORDER FOR JOINT STATEMENT**

Petitioner Thien Chi Vuong filed a habeas petition today, December 12, 2025, following his detention by U.S. Immigration and Customs Enforcement ("ICE") agents. Dkt. No. 1. According to counsel, petitioner is currently being held by ICE at Mesa Verde ICE Processing Center in Bakersfield, California.

The Court **DIRECTS** the parties to meet and confer and by 5:00 P.M. on Tuesday, December 16, 2025, file a joint statement addressing Petitioner's district of confinement at the time the habeas petition was filed and whether the case should be transferred to another judicial district. *See Doe v. Garland*, 109 F.4th 1188, 1198 (9th Cir. 2024) (citing 28 U.S.C. § 2242) ("[T]he only federal court that can properly entertain a habeas petition is one located in the 'district in which the applicant is held,' in other words, the district of confinement.")

The Clerk is directed to serve this Order via email on Pamela Johann, Chief of the Civil Division of the U.S. Attorney's Office for the Northern District of California, at pamela.johann@usdoj.gov.

**IT IS SO ORDERED.**

Dated: December 12, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**